IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ESAU MOORE, III, )
          Petitioner, )
v. ) C.A. No. 06-307 Erie
 )
UNITED STATES OF AMERICA, )
          Respondent. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 26, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on January 4, 2007, recommended that the petition for writ of habeas corpus be transferred to the United States District Court of the Middle District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI Lewisburg, where he is incarcerated. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 29th Day of January, 2007;

IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Middle District of Pennsylvania.

The report and recommendation of Magistrate Judge Baxter, dated January 4, 2007, is adopted as the opinion of the court.

*Maurice P. Cohill, Jr.*
MAURICE B. COHILL, JR.
United States District Judge

cc:    all parties of record